```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MIGUEL GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-349-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MIGUEL GONZALEZ, | Date: October 1, 2007<br>Time: 8:30 a.m. |
| Defendant. | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant MIGUEL GONZALEZ, that the status conference presently scheduled for September 4, 2007 be vacated and continued for status conference on October 1, 2007 at 8:30 a.m.

This continuance is requested to allow defense counsel additional time to prepare, review discovery, conduct ongoing investigation, and interview any potential witnesses in the case.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the

1  status conference on October 1, 2007 pursuant to 18 U.S.C. § 3161
2  (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.
3  Dated: August 30, 2007

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MIGUEL GONZALEZ


Dated: August 30, 2007              MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the status conference of September 4, 2007 be vacated and scheduled for status conference on October 1, 2007 at 8:30 a.m.

Dated: August 30, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE