Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
MIGUEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-07-349-WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| MIGUEL GONZALEZ, | Date: November 19, 2007 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, that the status conference presently scheduled for November 19, 2007 at 8:30 a.m. be vacated and continued for status conference on January 14, 2008 at 8:30 a.m.

This continuance is requested to allow both the prosecution and the defense additional time to prepare, review discovery, conduct ongoing investigation, and interview any potential witnesses in this case.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference on January 14, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

| | |
|---|---|
| Dated: November 16, 2007 | Respectfully submitted |
| | KIRK W. MCALLISTER<br>Attorney for Defendant |
| Dated:  November 19, 2007 | /s/  Kirk W. McAllister<br>_____<br>Kirk W. McAllister<br>Attorney for Defendant Miguel Gonzalez |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: November 19, 2007 | /s/  Kirk W. McAllister for<br>_____<br>JASON HITT<br>Assistant U.S. Attorney<br>per telephonic authority |

### **ORDER**

FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

IT IS SO ORDERED that the status conference of November 19, 2007 be vacated and scheduled for status conference on **January 14, 2008 at 8:30 a.m**.

Dated:  November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-