Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
MIGUEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL GONZALEZ,<br><br>    Defendant. | Case No.: CR-S-07-349-WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: February 11, 2008<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, that the status conference presently scheduled for February 11, 2008 at 8:30 a.m. be vacated and continued for status conference on March 10, 2008 at 8:30 a.m.

This continuance is requested to allow both the prosecution and the defense additional time to prepare, review discovery, conduct ongoing investigation, and interview any potential witnesses in this case.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference on March 10, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

-1-

| | | |
|---|---|---|
| 1 | Dated: February 8, 2008 | Respectfully submitted |
| 2 | | |
| 3 | | KIRK W. MCALLISTER<br>Attorney for Defendant |
| 4 | | |
| 5 | Dated: February 8, 2008 | /s/ Kirk W. McAllister |
| 6 | | Kirk W. McAllister |
| 7 | | Attorney for Defendant Miguel Gonzalez |
| 8 | | MCGREGOR W. SCOTT |
| 9 | | United States Attorney |
| 10 | | /s/ Kirk W. McAllister for |
| 11 | Dated: February 8, 2008 | JASON HITT |
| 12 | | Assistant U.S. Attorney<br>per telephonic authority |

### **ORDER**

FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

IT IS SO ORDERED that the status conference of February 11, 2008 be vacated and scheduled for status conference on March 10, 2008 at 8:30 a.m.

Dated:  February 13, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-