Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
MIGUEL GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MIGUEL GONZALEZ,<br><br>   Defendant. | Case No.: CR-S-07-349-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: March 10, 2008<br>Time: 8:30 a.m.<br>Judge: William B. Shubb |

   IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, that the status conference presently scheduled for March 10, 2008 at 8:30 a.m. be vacated and continued for further status conference on April 28, 2008 at 8:30 a.m.

   This continuance is requested to allow resolution of the discovery motion recently filed by the defendant. A hearing on said motion is scheduled to be heard on April 4, 2008 by the Honorable Dale A. Drodz in courtroom 27 of the Eastern District Court.

Dated: March 7, 2008         Respectfully submitted


                  /s/  Kirk W. McAllister
                  _____
                  Kirk W. McAllister
                  Attorney for Defendant Miguel Gonzalez

-1-

MCGREGOR W. SCOTT
United States Attorney

Dated: March 7, 2008

/s/  Kirk W. McAllister for

JASON HITT
Assistant U.S. Attorney
per electronic authority

## ORDER

FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

IT IS SO ORDERED that the status conference of March 10, 2008 be vacated and scheduled for status conference on **April 28, 2008 at 8:30 a.m.**

Dated:  March 10, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354

-2-