IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-07-0349 WBS |
| Plaintiff, | |
| v. | ORDER RE DEFENDANT GONZALEZ'S MOTION FOR |
| MIGUEL GONZALEZ, | <u>DISCOVERY AND INSPECTION</u> |
| Defendant. | |
| _____/ | |

On April 4, 2008, this matter came before the undersigned for hearing on defendant Miguel Gonzalez's motion for discovery and inspection. Attorney Kirk W. McAllister appeared on behalf of defendant Gonzalez and Assistant United States Attorney Jason Hitt appeared on behalf of the government.

After hearing the arguments of the parties, the court granted the discovery motion in part for the reasons stated on the record. Specifically, the court ruled as follows:

(1) The government was ordered to produce to the defense the lab reports analyzing the controlled substances in question as soon as

1

they were received by counsel for the government, which was anticipated to be within a week of the hearing;

        (2)   The government was ordered to produce all <u>Brady</u> and <u>Giglio</u> material with respect to its informant witness by the date of the trial confirmation hearing before the assigned District Judge[1]; and

        (3)   The defense was ordered to produce to the government any reciprocal discovery under Fed. R. Crim. P. 16(b) upon its receipt, with defense counsel indicating at the hearing that the defense investigation in this regard was nearing completion.

        IT IS SO ORDERED.

DATED: June 23, 2008.

        _____
        DALE A. DROZD
        UNITED STATES MAGISTRATE JUDGE

DAD:lg
gonz349.disc.order

---

[1] Defense counsel was advised that any motion seeking the disclosure of the informant's identity should be properly noticed for hearing before the assigned District Judge. <u>See</u> Local Rule 72-302(b)(1).