Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
MIGUEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | : | Case No.: CR-S-07-349-WBS |
|---|---|---|
| Plaintiff, | : | |
| | : | **STIPULATION AND [PROPOSED]** |
| vs. | : | **ORDER CONTINUING STATUS** |
| | : | **CONFERENCE** |
| MIGUEL GONZALEZ, | : | |
| | : | Date: June 30, 2008 |
| Defendant. | : | Time: 8:30 a.m. |
| | : | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, that the status conference presently scheduled for June 30, 2008 at 8:30 a.m. be vacated and continued for status conference on August 4, 2008 at 8:30 a.m.

This continuance is requested because counsel for the defendant in currently in the middle of a murder trial in Stanislaus County which is expected to last through the end of July 2008. Additionally, this continuance will to allow both the prosecution and the defense additional time to prepare, review discovery, conduct ongoing investigation, and interview any potential witnesses in this case.

-1-

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference on August 4, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

Dated: June 30, 2008               Respectfully submitted,

                                          KIRK W. MCALLISTER
                                        Attorney for Defendant

Dated:  June 30, 2008               /s/  Kirk W. McAllister
                                        _____
                                        Kirk W. McAllister
                                        Attorney for Defendant Miguel Gonzalez


                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Kirk W. McAllister for
Dated: June 30, 2008               _____
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        per electronic authority

## **ORDER**

FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

IT IS SO ORDERED that the status conference of June 30, 2008 be vacated and scheduled for status conference on <u>August 4, 2008 at 8:30 a.m.</u>

Dated:  June 27, 2008

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE