Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354
Tel: (209) 575-4844

Attorney for Defendant
MIGUEL GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MIGUEL GONZALEZ,<br><br>                    Defendant. | Case No.: CR-S-07-349-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CURRENT JUDGMENT AND SENTENCING DATE AND AMENDING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT** |

IT IS HEREBY STIPULATED by and between the parties, JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, and JULIE FOWLER, United States Probation Officer, that the Judgment and Sentencing date of December 8, 2008 at 8:30 a.m. be vacated and reset for January 26, 2009 at 8:30 a.m.

The parties further stipulate that the existing Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report issued by the Court on September 29, 2008 be amended in accordance with the new sentencing date as follows:

Judgment and Sentencing Date:                                          01-26-2009 at 8:30 a.m.

-1-

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than: | 1/19/2009 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/12/2009 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 1/05/2009 |
| The Proposed Pre-Sentence Report shall be Disclosed to all counsel no later than: | 12/22/2008 |

Respectfully submitted,

KIRK W. MCALLISTER
Attorney for Defendant

Dated:  November 20, 2008          /s/  Kirk W. McAllister
                                   _____
                                   Kirk W. McAllister
                                   Attorney for Defendant Miguel Gonzalez


MCGREGOR W. SCOTT
United States Attorney

                                   /s/  Jason Hitt
Dated: November 20, 2008           _____
                                   JASON HITT
                                   Assistant U.S. Attorney
                                   (per electronic authority)


UNITED STATES PROBATION OFFICE

Dated: November 20, 2008           /s/  Julie Fowler
                                   _____
                                   JULIE FOWLER
                                   Probation Officer
                                   (per telephonic authority)

-2-

**ORDER**

FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this stipulation outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

IT IS SO ORDERED that the judgment and sentencing date of December 8, 2008 at 8:30 a.m. be vacated and reset for January 26, 2009 at 8:30 a.m. and the Schedule for Disclosure is hereby amended in accordance with the new sentencing date as follows:

The Probation Officer and all parties shall adhere to this
schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing Date: | 01-26-2009 at 8:30 a.m. |
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than: | 01-19-2009 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 01-12-2009 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 01-05-2009 |
| The Proposed Pre-Sentence Report shall be Disclosed to all counsel no later than: | 12-22-2008 |

Dated:  November 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-