1  Kirk W. McAllister, State Bar No. 47324
   McALLISTER & McALLISTER, INC.
2  A Professional Law Corporation
   1012 - 11th Street, Suite 100
3  Modesto, CA  95354
   Tel: (209) 575-4844
4

5  Attorney for Defendant
   MIGUEL GONZALEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | Case No.: CR-S-07-349-WBS |
11 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER VACATING CURRENT JUDGMENT AND SENTENCING DATE AND AMENDING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT** |
12 | vs. | |
13 | MIGUEL GONZALEZ, | |
14 | Defendant. | |

16

17     IT IS HEREBY STIPULATED by and between the parties, JASON HITT, Assistant United

18 States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, and

19 JULIE FOWLER, United States Probation Officer, that the Judgment and Sentencing date of January

20 26, 2009 at 8:30 a.m. be vacated and reset for February 2, 2009 at 8:30 a.m.

21 The parties further stipulate that the existing Schedule for Disclosure of Pre-Sentence Report and for

22 Filing of Objections to the Pre-Sentence Report stipulated to and filed with the Court on November 25,

23 2008 be amended in accordance with the new sentencing date as follows:

24

25

26 Judgment and Sentencing Date:                              02/02/2009 at 8:30 a.m.

27

28

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than: | 1/26/2009 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/19/2009 |

                                        Respectfully submitted,

                                        KIRK W. MCALLISTER
                                        Attorney for Defendant

Dated:  January 12, 2009          /s/  Kirk W. McAllister

                                        _____
                                        Kirk W. McAllister
                                        Attorney for Defendant Miguel Gonzalez

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Jason Hitt
Dated: January 12, 2009           _____
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        (per electronic authority)

                                        UNITED STATES PROBATION OFFICE

Dated: January 12, 2009           /s/  Julie Fowler

                                        _____
                                        JULIE FOWLER
                                        Probation Officer
                                        (per telephonic authority)

ORDER

FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this stipulation outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

IT IS SO ORDERED that the judgment and sentencing date of January 26, 2009 at 8:30 a.m. be vacated and reset for February 2, 2009 at 8:30 a.m. and the Schedule for Disclosure is hereby amended in accordance with the new sentencing date as follows:

> The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing Date: | 02-02-2009 at 8:30 a.m. |
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than: | 01-26-2009 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 01-19-2009 |

Dated:  January 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE