Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
MIGUEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-S-07-349-WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CURRENT SENTENCING DATE** |
| MIGUEL GONZALEZ, | Hearing Date: February 2, 2009 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between JASON HITT, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant MIGUEL GONZALEZ, that the sentencing hearing presently scheduled for February 2, 2009 at 8:30 a.m. be vacated and continued for sentencing on Monday, March 16, 2009 at 8:30 a.m.

This continuance is requested because both parties would like to further research issues relating to the defendant's eligibility under USSG 5C1.2, the Safety Valve provision.

The parties agree that the Court should exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

-1-

Dated: January 29, 2009						Respectfully submitted,

                                                   KIRK W. MCALLISTER
                                                 Attorney for Defendant

                                                 /s/  Kirk W. McAllister
                                                 _____
                                                 Kirk W. McAllister
                                                 Attorney for Defendant Miguel Gonzalez

                                                 MCGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/  Jason Hitt
Dated: January 29, 2009
                                                 JASON HITT
                                                 Assistant U.S. Attorney
                                                 per electronic authority

## **ORDER**

      FOR GOOD CAUSE SHOWING, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. §3161(h)(B)(iv), Local T-4.

      IT IS SO ORDERED that the sentencing date of February 2, 2009 be vacated and continued for sentencing on March 16, 2009 at 8:30 a.m.

Dated:  February 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE